AO 245H (Rev. 07/04)(W.D.TX) - Judgement in a Criminal Case for a Petty Offense (Short Form)

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, PECOS DIVISION

FILED
01/08/2025
Clerk, U.S. District Court
Western District of Texas

by: Y. Lujan
Deputy

USA §
§
vs. §
§ CASE NUMBER: PE:25-M -00028(1)
(1) Hassan Ayyoubi §

**JUDGMENT IN A CRIMINAL CASE**
**(For A Petty Offense)** - Short Form

The defendant, Hassan Ayyoubi, was represented by counsel, FPD Louis Wayne Correa.

The defendant pled guilty to the complaint on January 08, 2025. Accordingly, the defendant is adjudged guilty of the following offense(s):

| Title & Section | Nature of Offense | Date of Arrest |
|---|---|---|
| 8 USC 1325(a)(1) | ILLEGAL ENTRY | 01/05/2025 |

As pronounced on January 08, 2025, The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a term of **Time Served**. Such sentence of Time Served to take effect no sooner than forty-eight hours once received by the U.S. Marshals Service. If such release should occur on a weekend or recognized holiday, the release shall take effect the next official business day. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The Government, through an oral motion, moves to remit the $10.00 special assessment imposed, pursuant to 18 U.S.C. § 3013, as reasonable efforts to collect this assessment are not likely to be effective. The Court accepts the motion. **Special assessment is remitted.**

The fine is waived because of the defendant's inability to pay.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.

Filed and signed on this the 8th day of January, 2025**.**

DAVID B. FANNIN
UNITED STATES MAGISTRATE JUDGE

Arresting Agency: Marfa Sector Border Patrol
USM #:

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

USA §
§
vs. § Case Number:   PE:25-M -00028(1)
(1) Hassan Ayyoubi §
*Defendant* §

## INITIAL APPEARANCE/ ARRAIGNMENT/ PLEA AND SENTENCE

On January 08, 2025, the defendant appeared in Open Court before U.S. Magistrate Judge DAVID B. FANNIN. He/She affirmed that he/she is the person named in the complaint/indictment and a copy was given to him/her.

**The defendant was advised as follows:**

1) The nature of the charge against him/her.
2) The right to retain counsel or to request the assignment of counsel if he/she was unable to obtain counsel.
3) That he/she is not required to make any statement and that any statement he/she makes may be used against him/her.
4) The right to a preliminary examination if not indicted; and,
5) The right to consideration of bail.

**Attorney**
( X )   Correa, Louis Wayne   FPD

**Bond**
(   )   No Bond Set.

**OTHER**
( )

## SENTENCE IMPOSED BY THE COURT

(X)   Initial Appearance WAIVED, Arraignment/Plea and Sentence HELD
      Sentenced to: TIME SERVED
      Special Assessment: REMITTED

(   )   Waived Initial Appearance- Govt moves to DISMISS case, Court Accepts: **CASE DISMISSED.**

**Interpreter Needed:**   YES-Farsi Interpreter        Court Reporter  FTR-Pecos
                          Nina Habibi

**Language Barrier Disclosure:**   It was established this Initial Appearance this defendant has a potential language barrier.  Native Language is :

Time:    01:52 to 02:21 p.m.    29 mins         Arrested on:   01/05/2025 in Brewster County

AO 91 (REV. 12/03)

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, PECOS DIVISION

FILED
01/08/2025
Clerk, U.S. District Court
Western District of Texas

by: Y. Lujan
Deputy

| | |
|---|---|
| USA | § |
| | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: PE:25-M-00028(1) |
| | § |
| (1) Hassan Ayyoubi | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **January 05, 2025** in **Brewster** county, in the **WESTERN DISTRICT OF TEXAS** defendant did, being an alien to the United States, knowingly enter or attempt to enter the United States at a time and place other than as designated by immigration officers.

in violation of Title    **8**    United States Code, Section(s)    **1325(a)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:   "The defendant, Hassan AYYOUBI was arrested on January 05, 2025, in the Western District of Texas by Big Bend Park Border Patrol Agents. The defendant is a citizen and national of Iran, who is present in the United States without having been admitted or paroled by an Immigration Officer. The Defendant last entered the United States on or about January 05, 2025 in Brewster County, Texas, in the Western District of Texas at a time and place not designated as a

**Continued on the attached sheet and made a part of hereof.**

/s/ Seth Davison
Signature of Complainant
Border Patrol Agent

January 08, 2025         at    PECOS, Texas
Date                           City and State

Complaint sworn to in my presence and signed electronically on this date.
**FED.R.CRIM.P. 4.1(b)(2)(A)**

DAVID B. FANNIN
UNITED STATES MAGISTRATE JUDGE

Signature of Judicial Officer

CONTINUATION OF CRIMINAL COMPLAINT - PE:25-M -00028(1)

WESTERN DISTRICT OF TEXAS

(1) Hassan Ayyoubi

FACTS   (CONTINUED)

port of entry by the Secretary of Homeland Security.  The Defendant is not in possession of Immigration documents allowing him/her to be in, or remain in, the United States legally.

Defendant is a citizen and national of Iran.

The Government can prove that on January 05, 2025, the defendant, Hassan AYYOUBI, who is a native and citizen of Iran, did enter or attempt to enter the United States illegally, near Presidio, Texas, by crossing the Rio Grande River at a time and place other than designated by Immigration Officers, for entry into the United States.


IMMIGRATION HISTORY:
NONE

CRIMINAL HISTORY:
NONE